UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                                                  Chapter 13

    FRANKLIN RICHARDS, SR.

                                                                            Case No. 25-22877-CGM

    Debtor(s).
-----------------------------------------------------------x

## **LOSS MITIGATION REQUEST – BY THE DEBTOR**

The Debtor[1] hereby requests Loss Mitigation with respect to 342 Country Club Lane, Pomona, New York 10970 *regarding Loan account number ending in 6757 with Webster Bank, 137 Bank Street in Waterbury, CT 06702.*

**SIGNATURE**

I have reviewed the Loss Mitigation Program Procedures, and I understand that if the Court orders Loss Mitigation in this case, I will be bound by the Loss Mitigation Program Procedures. I agree to comply with the Loss Mitigation Program Procedures, and I will participate in Loss Mitigation in good faith. I understand that Loss Mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation period.

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

The Debtor hereby permits the Creditor listed above to contact (check all that apply):

☐ The Debtor directly.
X  Debtor's bankruptcy counsel.
☐ Other: _____.

Date: September 19, 2025

Print Name: Franklin Richards

By his attorneys; The Legal Aid Society of Rockland County Inc.

By: _____*s/ Benjamin M. Adams*_____
      Benjamin M. Adams Esq.
      Tel: (845) 634-3627
      E-mail: badams@legalaidrockland.org